IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| FREDDIE RICHARD JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 0:14-cv-01760-TLW |
| | ) |
| DENNIS BUSH, Warden, Lee | ) |
| Correctional Institution, | ) |
| | ) |
| Respondent. | ) |
| | ) |

# ORDER

This matter comes before the Court for consideration of Petitioner's motion for an extension of time in which to file a response to Respondent's motion for summary judgment, filed on November 17, 2014. (Doc. #33). In the motion, Petitioner contends that "his imprisonment greatly limits his access to the law library" and that "[t]he issues involved is [sic] complex and will require significant research." Id.

After careful consideration and for good cause shown, Petitioner's motion for an extension is hereby **GRANTED**. (Doc. #33). Petitioner is directed to file his response to Respondent's motion for summary judgment within thirty (30) days of entry of this Order. If Petitioner timely files a response, the Clerk is directed to refer this case back to the Magistrate Judge for further consideration in light of Petitioner's filings. Petitioner is advised that failure to file a timely response will result in the dismissal of this case with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

                                        *s/ Terry L. Wooten*  
                                        Terry L. Wooten  
                                        Chief United States District Judge

November 18, 2014  
Columbia, South Carolina